1  Law Office of Karen S. Monrreal
   Karen S. Monrreal, Esq.
2  601 S. Arlington Avenue
   Reno, Nevada 89509
3  (775) 826-2380
   karen@monrreallaw.com
4

5

6
                    UNITED STATES DISTRICT COURT
7
                          DISTRICT OF NEVADA
8
                                 * * *
9  CATALINA CHAMA,

10         Petitioner-Plaintiff,          Case No.  3:26-cv-00081-RFB-CLB
11     vs.
                                          **JOINT PROPOSED SCHEDULING**
12 KRISTI NOEM, ET AL.,                   **ORDER**
13
           Respondents-Defendants.
14                                                        /

15
        On February 12, 2026, the Court issued an order (ECF No. 10) directing the parties
16
to submit a joint proposed briefing schedule for Petitioner's Petition for Writ of Habeas
17
Corpus (ECF No. 1). In light of the response deadlines in other habeas corpus matters
18
currently pending over the next two weeks by Counsel for the Federal Respondents, the
19
parties propose the following briefing schedule:
20
/ / /
21
/ / /
22
/ / /
23
/ / /
24
/ / /
25
/ / /
26
/ / /

- **March 20, 2026:** Respondents file their response to the Petition.
- **April 2, 2026:** Petitioner files her reply.

Respectfully submitted this 3rd day of March, 2026.

| | |
|---|---|
| MONRREAL LAW | TODD BLANCHE<br>Deputy Attorney General of The United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| /s/     *Karen Monrreal*<br>Karen Monrreal, Esq.<br>601 S. Arlington Avenue<br>Reno, Nevada 89509<br>*Attorneys for Petitioner* | /s/     *Virginia Tomova*<br>VIRGINIA TOMOVA<br>Assistant United States Attorneys |

WASHOE COUNTY DISTRICT
ATTORNEY'S OFFICE


/s/     *Cobi Burnett*
Cobi Burnett, Deputy District Attorney
*Attorney for Respondent Washoe County Sheriff Darin Balaam*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:  March 5, 2026.**